IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FOTOMEDIA TECHNOLOGIES, LLC | § § § | |
| vs. | § § | CASE NO. 2:07CV255 (TJW-CE) |
| AOL, LLC, *et al*. | § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FOTOMEDIA TECHNOLOGIES, LLC | § § § | |
| vs. | § § | CASE NO. 2:07CV256 (TJW-CE) |
| ALLTEL COMMUNICATIONS, INC., *et al*. | § § | |

Markman Hearing Minutes
May 28, 2009

OPEN: 9:02 a.m.                                                                ADJOURN: 12:20 p.m.

ATTORNEYS FOR PLAINTIFF:        See attached sign in sheet.

ATTORNEYS FOR DEFENDANTS:    See attached sign in sheet.

LAW CLERK:                                  Ifti Ahmed
                                                      David Morehan
                                                      Tristan Carrier

COURT REPORTER:                      Susan Simmons, CSR

COURTROOM DEPUTY:               Jan Lockhart, PLS, CP

9:02 a.m. Court opened.

The parties announced ready for hearing.

The Court imposed a time limit of 1 ½ hours per side for argument.

9:05 a.m.  Mr. Manley presented claim construction argument on behalf of Plaintiff.  The Court responded.

9:29 a.m.  Mr. Kitchen presented additional claim construction argument on behalf of Plaintiff. The Court responded.

9:59 a.m.  Mr. Manley presented additional argument.  The Court responded.

10:01 a.m.  Mr. Shumaker presented additional argument on behalf of Plaintiff.  The Court responded.

10:17 a.m.  Mr. Kitchen presented clarification with respect to one of his points on claim construction argument.

10:18 a.m.  Mr. Chattergee presented claim construction argument on behalf of Defendants.  The Court responded.

11:02 a.m.  Mr. Partridge presented additional claim construction argument on behalf of Defendants.  The Court responded.

11:27 a.m.  Mr. Dunham presented additional claim construction argument on behalf of Defendants.  The Court responded.

11:38 a.m.  Mr. Ramsey presented additional claim construction argument on behalf of Defendants.  The Court responded.

11:55 a.m.  Mr. Sacksteder presented additional claim construction argument on behalf of Defendants.  The Court responded.

12:04 p.m.  Mr. Shumaker presented rebuttal claim construction argument on behalf of Defendants.  The Court responded.

12:20 p.m.  Court adjourned.